UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert D. Williams, | Case No. 0:22-cv-3152 (KMM-DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Gina M. Raimondo, Secretary Dept. of Commerce, Bureau of Census Agency, and Carlton M. Hadden, Director OFO; EEOC/OFO, | |
| Defendants. | |

This matter is before the Court on Plaintiff Robert D. Williams's motion requesting judicial referral to the Minnesota Pro Se Project and the Early Settlement Conference Project. [Dkt. No. 22.] The Court **GRANTS** Plaintiff's motion in part. It grants Mr. Williams's request for judicial referral to the Minnesota Pro Se Project, but it denies Mr. Williams's specific request for referral to the Early Settlement Conference Project. While consulting counsel may request that they and Mr. Williams participate in an early settlement conference through the program, the Court thinks a referral for a traditional referral is a better first step. A separate referral letter will be filed on the docket. The Court uses the remainder of this Order to outline next steps in this litigation.

Mr. Williams filed this employment discrimination lawsuit in December 2022. [Dkt. No. 1.] Defendants filed a Motion to Dismiss on April 24, 2023. [Dkt. No. 14.] In

recognition of Mr. Williams's pro se status, the Court issued a briefing order on June 13, 2023, which established a deadline on July 13, 2023, for Mr. Williams to file a response to the motion. [Dkt. No. 21.] Because the Court has referred Mr. Williams to the Pro Se Project, the Court will stay consideration of Defendants' motion for 60 days to allow time for a consultation. The deadline for Mr. Williams to file a response to the motion is postponed to September 17, 2023. Defendants will have 14 days to file a reply to Mr. Williams's response, if they choose, and the Court will then decide the motion on the papers without a hearing.

Date: July 17, 2023                    *s/ Katherine Menendez*

                                              Katherine Menendez
                                              United States District Judge